UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jeffrey Riebe, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Horry County, South Carolina; )<br>J Ruben Long Detention Center, )<br>)<br>Defendants. )<br>) | C/A No. 4:11-1257-TLW<br><br>**O R D E R** |

Plaintiff, while a pretrial detainee at the J. Reuben Long Detention Center, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983 along with two other detainees. By order dated June 6, 2011, Plaintiff was informed that his case could not go forward with multiple plaintiffs, but that each plaintiff would be assigned his own case number. Plaintiff did not receive the order, as it was returned to the court as undeliverable mail and stamped "Return to Sender . . . Inmate Not in Jail." By order dated July 11, 2011, Plaintiff was instructed to provide certain information to the court in order to bring his case into proper form. This order was also returned to the court as undeliverable. Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the complaint. The case is **dismissed,** ***without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

August 15, 2011
Florence, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.